IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | Case No.  CV-05-069-E-BLW |
| ) | |
| v. ) | |
| ) | |
| PERRY L. MEULEMAN and RAE E. ) | **JUDGMENT** |
| MEULEMAN, Husband and Wife; KEY ) | |
| BANK OF IDAHO; DEERE & ) | |
| COMPANY; NORTHWEST FARM ) | |
| CREDIT SERVICES, FLCA; ) | |
| AGRIBANK, FCB; CHRISTIANA ) | |
| BANK & TRUST COMPANY as Owner ) | |
| Trustee for SECURITY NATIONAL ) | |
| ASSET SECURITIZATION SERIES ) | |
| TRUST; and JENTZSCH-KEARL ) | |
| FARMS, ) | |
| ) | |
| Defendants. ) | |

In accordance with the Memorandum Decision and Order filed with this Judgment,

NOW THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment shall be entered in favor of the United States.

DATED: **August 1, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court